# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAMELIA FAIRLEY and ASHLEY REDDICK, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>McDONALD'S CORPORATION, McDONALD'S USA, LLC, and McDONALD'S RESTAURANTS OF FLORIDA, INC.<br><br>Defendants. | Case No. 20-CV-02273<br><br>Hon. Franklin U. Valderrama<br><br>Magistrate Judge Susan E. Cox |

## AGREED MOTION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

Defendants McDonald's Corporation, McDonald's USA, LLC, and McDonald's Restaurants of Florida, Inc. submit this agreed motion for leave to file the attached Opposition to Plaintiffs' Motion to Compel Responses to Their Sixth Set of Requests for Production. Ex. A. In support of this motion, Defendants state as follows:

1. On March 28, 2023, Named Plaintiffs Jamelia Fairley and Ashley Reddick filed a Motion to Compel Responses to Their Sixth Set of Requests for Production. ECF No. 100.

2. The Court has set a hearing on Plaintiffs' motion to compel for April 5, 2023. Minute Entry, Mar. 29, 2023, ECF. No. 102.

3. Pursuant to the rules governing discovery motions on the Court's website, parties "are not allowed to file a brief in response without leave of Court."

4. Earlier this month, on March 9, 2023, the Court held a discovery conference regarding a dispute between the Parties concerning issues similar to those raised by Plaintiffs'

1

motion to compel. Both disputes concern documents produced by McDonald's Corporation in separate shareholder litigation proceedings. Minute Entry, Mar. 23, 2023, ECF No. 99; *see also In re: McDonald's Corp. S'holder Derivative Litig.*, No. 2021-0324-JTL (Del. Ch. 2021).

5. This Court resolved the prior dispute by a decision issued on March 23, 2023 declining to order production of the discovery sought by Plaintiffs. Minute Entry, Mar. 23, 2023, ECF No. 99.

6. Plaintiffs' submission in support of their motion to compel is 15 pages long and contains numerous substantive legal arguments.

7. Defendants respectfully submit that the Court's consideration of Defendants' written response would benefit the parties and the Court and improve the efficiency of the upcoming hearing.

8. Defendants have conferred with Plaintiffs' counsel by e-mail, and Plaintiffs' counsel stated that Plaintiffs have no objection to Defendants filing a response to Plaintiffs' motion to compel.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' agreed motion to file their Opposition to Plaintiffs' Motion to Compel Responses to Their Sixth Set of Requests for Production, attached here as Exhibit A.

Dated: March 31, 2023                                    Respectfully submitted,

                    s/Elizabeth B. McRee
Elizabeth B. McRee (6275501)
Efrat R. Schulman (6280999)
Jennifer W. Plagman (613737)
Katelyn E. Nicasio (6333133)
**JONES DAY**
110 N. Wacker Drive, Suite 4800
Chicago, IL 60606
Tel: (312) 782-3939
emcree@jonesday.com
eschulman@jonesday.com
jplagman@jonesday.com
knicasio@jonesday.com

*Attorneys for Defendants McDonald's Corporation, McDonald's USA, LLC, and McDonald's Restaurants of Florida, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned attests to the following: The Parties have conferred by e-mail correspondence and reached an agreement regarding this motion. On March 30, 2023, Elizabeth McRee, counsel for Defendants, sent an e-mail to Plaintiffs' counsel Douglas Werman, Eve Cervantez, and Sarah Arendt requesting a response regarding whether Plaintiffs would oppose Defendants' motion for leave to file. On March 31, 2023, Douglas Werman responded that Plaintiffs have no objection to Defendants filing a response to Plaintiffs' motion to compel.

Dated: March 31, 2023                                   Respectfully submitted,

                                                        s/Elizabeth B. McRee
                                                        Elizabeth B. McRee
                                                        **JONES DAY**
                                                        110 N. Wacker Drive, Suite 4800
                                                        Chicago, IL 60606
                                                        Tel: (312) 782-3939
                                                        emcree@jonesday.com

                                                        *Attorney for Defendants McDonald's Corporation, McDonald's USA, LLC, and McDonald's Restaurants of Florida, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, a copy of the foregoing Agreed Motion for Leave to File Opposition to Plaintiffs' Motion to Compel was served upon all counsel of record via the court's electronic filing system.

Dated: March 31, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/Elizabeth B. McRee
　　　　　　　　　　　　　　　　　　　　Elizabeth B. McRee
　　　　　　　　　　　　　　　　　　　　**JONES DAY**
　　　　　　　　　　　　　　　　　　　　110 N. Wacker Drive, Suite 4800
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Tel: (312) 782-3939
　　　　　　　　　　　　　　　　　　　　emcree@jonesday.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants McDonald's Corporation, McDonald's USA, LLC, and McDonald's Restaurants of Florida, Inc.*