**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAMELIA FAIRLEY and ASHLEY REDDICK, *on behalf on themselves and all those similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> McDONALD'S CORPORATION, McDONALD'S USA, LLC, and McDONALD'S RESTAURANTS OF FLORIDA, INC., <br><br> Defendants. | Case No. 1:20-cv-02273 <br><br> Hon. Franklin U. Valderrama <br><br> Magistrate Judge Keri Holleb Hotaling |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF JAMELIA FAIRLEY'S RETALIATION CLAIMS

Plaintiff Jamelia Fairley, a current McDonald's Restaurants of Florida employee, has worked in McDonald's restaurants for more than seven years. She now claims she was retaliated against for reporting harassment over five years ago and alleges her hours were reduced, her request to transfer to another store was declined, and she received questions from co-workers about the reporting. The indisputable record evidence shows Plaintiff did not suffer any adverse action because she worked a flexible schedule both before and after her complaints, the requested transfer would not have resulted in a change to her job duties or responsibilities, and the coworker comments did not affect the terms and conditions of her employment. Moreover, even if the actions Plaintiff identifies could constitute adverse actions, there is no causal connection between her complaints and any of the alleged actions. For all these reasons, and as further set forth in Defendants' contemporaneously filed Memorandum of Law, Statement of Material Facts as to Which There is No Genuine Issue, and supporting exhibits, the Court should

grant summary judgment to Defendants on Plaintiff Fairley's Title VII and Florida Civil Rights Act retaliation claims.


Dated:     May 10, 2024                              Respectfully submitted,


                                                     /s/ Katelyn. E. Nicasio
                                                     Elizabeth B. McRee
                                                     Efrat R. Schulman
                                                     Jennifer W. Plagman
                                                     Ann-Marie Woods
                                                     Katelyn E. Nicasio
                                                     JONES DAY
                                                     110 N Wacker, Suite 4800
                                                     Chicago, IL  60606
                                                     Telephone:   +1.312.782.3939
                                                     Facsimile:    +1.312.782.8585
                                                     emcree@jonesday.com
                                                     eschulman@jonesday.com
                                                     jplagman@jonesday.com
                                                     awoods@jonesday.com
                                                     knicasio@jonesday.com

                                                     *Attorneys for Defendants McDonald's
                                                     Corporation, McDonald's USA, LLC, and
                                                     McDonald's Restaurants of Florida, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2024, I electronically filed the foregoing *Defendants'*

*Motion for Summary Judgment on Plaintiff Jamelia Fairley's Retaliation Claims* with the

Clerk of Court using the CM/ECF system which will send notification of such filing to all

counsel of record.

/s/ Katelyn E. Nicasio
*One of the attorneys for Defendants*