**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAMELIA FAIRLEY and ASHLEY REDDICK, *on behalf on themselves and all those similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> McDONALD'S CORPORATION, McDONALD'S USA, LLC, and McDONALD'S RESTAURANTS OF FLORIDA, INC., <br><br> Defendants. | Case No. 1:20-cv-02273 <br><br> Hon. Franklin U. Valderrama <br><br> Magistrate Judge Keri Holleb Hotaling |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
**ON PLAINTIFF ASHLEY REDDICK'S RETALIATION CLAIMS**

Plaintiff Ashley Reddick does not dispute that she violated several workplace policies during her tenure at the McDonald's restaurant known as South French. The undisputed record evidence demonstrates that the supervisor who made the decision to terminate Plaintiff's employment did not know about Plaintiff's alleged internal complaint and based the termination decision on Plaintiff's use of inappropriate language in violation of restaurant policy and Plaintiff's record of multiple disciplinary actions. Recognizing these evidentiary defects, Plaintiff now claims her hours were reduced in retaliation for complaints, but the record evidence shows Plaintiff's schedule fluctuated as a normal course, both long before and after her alleged complaints. In any event, to the extent Plaintiff argues her hours were reduced, she concedes the "reduction" occurred long before her alleged complaint. For all these reasons, and as further set forth in Defendants' contemporaneously filed Memorandum of Law, Statement of Material Facts as to Which There is No Genuine Issue, and supporting exhibits, the Court should grant

summary judgment to Defendants on Plaintiff Reddick's Title VII and Florida Civil Rights Act retaliation claims.

Dated:     May 10, 2024                    Respectfully submitted,

                                           /s/ Katelyn E. Nicasio
                                           Elizabeth B. McRee
                                           Efrat R. Schulman
                                           Jennifer W. Plagman
                                           Ann-Marie Woods
                                           Katelyn E. Nicasio
                                           JONES DAY
                                           110 N Wacker, Suite 4800
                                           Chicago, IL  60606
                                           Telephone:   +1.312.782.3939
                                           Facsimile:    +1.312.782.8585
                                           emcree@jonesday.com
                                           eschulman@jonesday.com
                                           jplagman@jonesday.com
                                           awoods@jonesday.com
                                           knicasio@jonesday.com

                                           *Attorneys for Defendants McDonald's
                                           Corporation, McDonald's USA, LLC, and
                                           McDonald's Restaurants of Florida, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 10, 2024, I electronically filed the foregoing ***Defendants'***

***Motion for Summary Judgment on Plaintiff Ashley Reddick's Retaliation Claims*** with the

Clerk of Court using the CM/ECF system which will send notification of such filing to all

counsel of record.

/s/ Katelyn E. Nicasio
*One of the attorneys for Defendants*