# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 17, 2026

*Before*

**MICHAEL Y. SCUDDER**, *Circuit Judge*
**THOMAS L. KIRSCH II**, *Circuit Judge*
**REBECCA TAIBLESON**, *Circuit Judge*

| No. 26-8003 | IN RE:<br>JAMELIA FAIRLEY and ASHLEY REDDICK,<br>Petitioners |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:20-cv-02273<br>Northern District of Illinois, Eastern Division<br>District Judge Franklin U. Valderrama | |

The following are before the court:

1.   **PETITION FOR PERMISSION TO APPEAL FROM ORDER DENYING CLASS CERTIFICATION**, filed on January 14, 2026, by counsel for the petitioners.

2.   **OPPOSITION TO PETITION FOR PERMISSION TO APPEAL FROM ORDER DENYING CLASS CERTIFICATION**, filed on January 26, 2026, by counsel for the respondents.

**IT IS ORDERED** that the petition is **DENIED**.

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_Order_3J**   (form ID: **177**)