**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JAMELIA FAIRLEY and ASHLEY
REDDICK, *on behalf of themselves and all
those similarly situated*,

Plaintiffs,

v.

McDONALD'S CORPORATION,
McDONALD'S USA, LLC,
and McDONALD'S RESTAURANTS OF
FLORIDA, INC.,

Defendants.

Case No. 1:20-cv-02273

Hon. Franklin U. Valderrama

**JOINT STATUS REPORT**

Plaintiffs Jamelia Fairley and Ashley Reddick ("Plaintiffs") and Defendants McDonald's

Corporation, McDonald's USA, LLC, and McDonald's Restaurants of Florida, Inc.

("Defendants") (collectively, the "Parties") by and through their undersigned counsel, submit this

Joint Status Report in response to the Court's minute order entered on March 31, 2026 (ECF No.

223.

1.      The Parties have scheduled private mediations to resolve Plaintiffs' individual

claims with the Honorable David H. Coar (Ret.), of JAMs. Plaintiff Fairley's mediation will take

place on June 16, 2026 and Plaintiff Reddick's mediation will take place on June 17, 2026.

2.      Because the Parties are mediating their claims with a private mediator, they are not

currently interested in scheduling a settlement conference before the Magistrate Judge.

3.      If one or both of the mediations are unsuccessful and the claims proceed to trial,

the Parties do not consent to proceeding with trial before the Magistrate Judge.

4.      If both mediations are unsuccessful, Defendants may seek to sever the claims of the

Plaintiffs pursuant to Rule 21 or, in the alternative, request separate trials under Rule 42.

Defendants will make any such motion within 30 days of the completion of the scheduled mediations.

5.      Assuming one trial involving both Plaintiffs, the Parties anticipate that trial will last seven (7) to ten (10) days, including voir dire.

6.      Assuming one trial involving both Plaintiffs, the Parties anticipate calling a total of 10-12 witnesses at trial.

7.      The Parties respectfully request that the Court schedule an in-person hearing to set a trial date. Plaintiffs' counsel also requests that Attorney Eve Cervantez be permitted to participate in the hearing telephonically or via Zoom.

DATED: April 15, 2026                     Respectfully submitted,

/s/*Sarah J. Arendt*                      /s/*Jennifer W. Plagman* (with
Douglas M. Werman                         permission)
Sarah J. Arendt                           Elizabeth B. McRee
**WERMAN SALAS P.C.**                     Efrat R. Schulman
77 W. Washington St., Ste 1402            Jennifer W. Plagman
Chicago, IL 60602                         Ann-Marie Woods
Tel: (312) 419-1008                       Katelyn E. Nicasio
dwerman@flsalaw.com                       **JONES DAY**
sarendt@flsalaw.com                       110 N Wacker Dr., Ste 4800
                                          Chicago, IL 60606
Eve H. Cervantez*                         Tel: (312) 782-3939
**ALTSHULER BERZON, LLP**                 emcree@jonesday.com
177 Post Street, Ste 300                  eschulman@jonesday.com
San Francisco, CA 94108                   jplagman@jonesday.com
Tel: (415) 421-7151                       awoods@jonesday.com
ecervantez@altber.com                     knicasio@jonesday.com

*Counsel for Plaintiffs*                  *Counsel for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 15, 2026, I electronically filed the foregoing **Joint Status Report**

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to

all counsel of record.

*/s/Sarah J. Arendt*
One of the Attorneys for Plaintiffs