**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMELIA FAIRLEY and ASHLEY REDDICK, *on behalf on themselves and all those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>McDONALD'S CORPORATION, McDONALD'S USA, LLC, and McDONALD'S RESTAURANTS OF FLORIDA, INC.,<br><br>Defendants. | Case No. 1:20-cv-02273<br><br>Hon. Franklin U. Valderrama |

**JOINT STATUS REPORT**

Plaintiffs Jamelia Fairley and Ashley Reddick ("Plaintiffs") and Defendants McDonald's Corporation, McDonald's USA, LLC, and McDonald's Restaurants of Florida, Inc. ("Defendants") (collectively, the "Parties") by and through their undersigned counsel, submit this Joint Status Report in compliance with the Court's April 16, 2026 Minute Order (Dkt. No. 225).

1. On April 15, 2026, the Parties submitted a Joint Status Report explaining that the Parties had scheduled private mediations to resolve Plaintiffs' individual claims.

2. Plaintiff Fairley's mediation took place on June 16, 2026 and Plaintiff Reddick's mediation took place on June 17, 2026.

3. The Parties' mediations were successful. The Parties anticipate that Plaintiffs will file requests to dismiss the case with prejudice within the next two weeks.

4. Accordingly, the Parties respectfully request the Court to continue the trial setting conference, currently scheduled for June 25, 2026, for at least three weeks, by which point the

Parties anticipate that the case will be dismissed and the trial setting conference will not be necessary.

DATED: June 22, 2026                                  Respectfully submitted,

*/s/ Eve H. Cervantez*                                */s/ Jennifer W. Plagman*

Douglas M. Werman                                    Elizabeth B. McRee
Sarah J. Arendt                                      Efrat R. Schulman
**WERMAN SALAS P.C.**                                Jennifer W. Plagman
77 W. Washington St., Ste 1402                       Ann-Marie Woods
Chicago, IL 60602                                    Katelyn E. Nicasio
Tel: (312) 419-1008                                  **JONES DAY**
dwerman@flsalaw.com                                  110 N Wacker Drive, Suite 4800
msalas@flsalaw.com                                   Chicago, IL 60606
sarendt@flsalaw.com                                  Tel: (312) 782-3939
                                                     emcree@jonesday.com
Eve H. Cervantez*                                    eschulman@jonesday.com
**ALTSHULER BERZON, LLP**                            jplagman@jonesday.com
177 Post Street, Suite 300                           awoods@jonesday.com
San Francisco, CA 94108                              knicasio@jonesday.com
Tel: (415) 421-7151
ecervantez@altber.com                                *Counsel for Defendants*

*Counsel for Plaintiffs*