### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JAMELIA FAIRLEY and ASHLEY
REDDICK, *on behalf on themselves and all
those similarly situated*,

      Plaintiffs,

          v.

McDONALD'S CORPORATION,
McDONALD'S USA, LLC,
and McDONALD'S RESTAURANTS OF
FLORIDA, INC.,

      Defendants.

Case No. 1:20-cv-02273

Hon. Franklin U. Valderrama

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Jamelia Fairley and

Ashley Reddick ("Plaintiffs") and Defendants McDonald's Corporation, McDonald's USA,

LLC, and McDonald's Restaurants of Florida, Inc. ("Defendants") (collectively, the "Parties")

by and through their undersigned counsel, hereby stipulate that this action and all claims and

defenses asserted therein be dismissed with prejudice as to Plaintiffs. Each party shall bear their

own costs and attorneys' fees, except as set forth in the Parties' settlement agreements.

DATED: July 2, 2026

Respectfully submitted,

*/s/ Eve H. Cervantez*
Douglas M. Werman
Sarah J. Arendt
**WERMAN SALAS P.C.**
77 W. Washington St., Ste 1402
Chicago, IL 60602
Tel: (312) 419-1008
dwerman@flsalaw.com
msalas@flsalaw.com
sarendt@flsalaw.com

Eve H. Cervantez*
**ALTSHULER BERZON, LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
ecervantez@altber.com

*Counsel for Plaintiffs*

*/s/ Jennifer W. Plagman*
Elizabeth B. McRee
Efrat R. Schulman
Jennifer W. Plagman
Ann-Marie Woods
Katelyn E. Nicasio
**JONES DAY**
110 N Wacker Drive, Suite 4800
Chicago, IL 60606
Tel: (312) 782-3939
emcree@jonesday.com
eschulman@jonesday.com
jplagman@jonesday.com
awoods@jonesday.com
knicasio@jonesday.com

*Counsel for Defendants*

2