**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMELIA FAIRLEY and ASHLEY REDDICK, *on behalf on themselves and all those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>McDONALD'S CORPORATION, McDONALD'S USA, LLC, and McDONALD'S RESTAURANTS OF FLORIDA, INC.,<br><br>Defendants. | Case No. 1:20-cv-02273<br><br>Hon. Franklin U. Valderrama |

**PLAINTIFFS' STATUS REPORT**

Plaintiffs Jamelia Fairley and Ashley Reddick ("Plaintiffs") by and through their undersigned counsel, submit this Status Report in compliance with the Court's July 7, 2026 Minute Order (ECF 229).

1.　Plaintiffs maintain their objection to the pending renewed motion by Intervenor Workwright Training LLC to Maintain Documents Under Seal.

2.　The parties previously filed a joint submission regarding documents provisionally filed under seal presenting the parties' agreements as to documents that should be unsealed, and Plaintiffs' and Defendants' arguments regarding documents that Plaintiffs contend should be unsealed, and Defendants contend should remain sealed.  ECF 216.  Intervenor Workwright Training LLC's Motion to Maintain Documents Under Seal has also been fully briefed.  *See* ECF 217, 219, 220.

3.　The issue is not moot even though the case has been settled and dismissed with prejudice because public access to court documents is a right of the public and not the parties.

*See Grove Fresh Distributors, Inc. v. Everfresh Juice Co.*, 24 F.3d 893. 897 (7th Cir. 1994) ("The public's right of access to court proceedings and documents is well-established.").

Dated: July 10, 2026            Respectfully submitted,

/s/*Sarah J. Arendt*
Douglas M. Werman
Sarah J. Arendt
**WERMAN SALAS P.C.**
77 W. Washington St., Ste 1402
Chicago, IL 60602
Tel: (312) 419-1008
dwerman@flsalaw.com
msalas@flsalaw.com
sarendt@flsalaw.com

Eve H. Cervantez*
**ALTSHULER BERZON, LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
ecervantez@altber.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2026, I electronically filed the foregoing **Plaintiffs' Status Report** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Sarah J Arendt
One of the Attorneys for Plaintiffs

3